**Motion Granted in Part; Order filed January 29, 2015**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00263-CR
_____

## LEONARD CHARLES HICKS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 262nd District Court
Harris County, Texas
Trial Court Cause No. 1373854**

## ORDER

Appellant appeals his conviction for aggravated sexual assault of a child. On September 19, 2014, appellant filed a brief in which the names of the child victims appear. Appellant's brief does not comply with article 57.02 of the Code of Criminal Procedure requiring child victim's identifying information to be kept confidential.

On January 21, 2015, the State filed a motion to seal appellant's brief. The

motion is granted in part. Appellant's brief is struck and has been removed from this court's website. Appellant is ordered to file an amended brief redacting the victim's identifying information replacing it with pseudonyms or initials pursuant to Texas Rule of Appellate Procedure 9.10. Appellant's amended brief is due on or before **February 6, 2015.**

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.